UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:
    ANGELINE NASH-NESBITT            CASE NO: 11-30004
        Debtor.                                Chapter 13

**MOTION TO ADD SPECIAL CLASS CREDITOR**

COMES NOW your Debtor, by and through counsel, seeking to add Special Class Creditor with a monthly payment. This creditor was a pre-petition creditor and should be added to the original petition to be included as special class creditor:

1.    Shelby County Trustee                                             $9067.63

     170 North Main Street

     Memphis, TN 38103

     Tax years 2008-2013

RESPECTFULLY SUBMITTED,

/s/ Ted I. Jones
Ted I. Jones (11017)
JONES & GARRETT LAW FIRM
An Association of Attorneys
2670 Union Ext. Suite 1200
Memphis, Tennessee 38112
Telephone: (901) 526-4249
Facsimile: (901) 525-4312
Email: Dtedijones@aol.com
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I, Ted I. Jones, hereby certify that I served a copy of this motion on all parties that participate in the court's electronic noticing system, and to all other parties have sent a copy via first-class mail, postage pre-paid, this the 4th day of March, 2014.

/s/ Ted I. Jones
_____
Ted I. Jones